**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 19, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00179-CV

---

### ELIZABETH CARDONA, Appellant

### V.

### STARTEX TITLE COMPANY, LLC, Appellee

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2014-12614**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 23, 2015. On May 8, 2015, appellant filed a motion to dismiss the appeal pursuant to settlement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan